IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No.  2:05-cr-120 |
| Camille G. Walking Eagle, | ) | |
| | ) | |
| Defendant. | ) | |

On August 30, 2006, Magistrate Judge Senechal filed a Report and Recommendation regarding Defendant's violation of the terms of her probation.  Defendant has filed a notice with this Court stating that she does not object to the Report and Recommendation.  Therefore, the Court hereby adopts the Report and Recommendation in its entirety.  Defendant shall be confined for a period of six months followed by no term of supervised release.

**IT IS SO ORDERED.**

Dated this 14th day of September, 2006.

                                                                             /s/ Ralph R. Erickson
                                                        Ralph R. Erickson, District Judge
                                                        United States District Court